| AO 10<br>Rev. 1/2013 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2012 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial)<br><br>SQUATRITO, DOMINIC J. | 2. Court or Organization<br><br>US DISTRICT COURT HARTFORD, CT | 3. Date of Report<br><br>06/25/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. DISTR. JUDGE-SENIOR STATUS | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |

| 7. Chambers or Office Address<br><br>US DISTRICT COURT<br>450 MAIN STREET<br>HARTFORD, CT 06103 |
|---|

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | - wages and pass through |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **SQUATRITO, DOMINIC J.** | 06/25/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | People's United Bank & Connecticut Development Authority | Construction mortgage, equipment and revolving credit | P1 |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SQUATRITO, DOMINIC J. | 06/25/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Fidelity Contra Fund - mutual fund | A | Dividend | J | T | | | | | |
| 2. Bank of America - checking account | A | Interest | K | T | | | | | |
| 3. First Bank Niagara - checking account | B | Interest | | | Sold | 2/1/12 | M | | |
| 4. Lincoln Financial - checking | B | Interest | L | T | Buy | 2/1/12 | M | | |
| 5. ▨ . - common stock | G | Int./Div. | P1 | U | | | | | |
| 6. Land, Windham, CT | | None | K | W | | | | | |
| 7. Cossombrato, Italy - Real Estate | | None | M | W | | | | | |
| 8. Rental Property, South Kingston, RI | A | Rent | O | W | | | | | |
| 9. ▨ South Windsor, CT | G | Rent | P2 | | | | | | |
| 10. Pfizer, Inc. - common stock | A | Dividend | J | T | | | | | |
| 11. Sysco Corp - common stock | A | Dividend | J | T | | | | | |
| 12. Manulife (John Hancock) Lifestyle Conserve Fund (401K) | | None | M | T | | | | | |
| 13. Dodge & Cox Intl Stock Fund - common stock | A | Dividend | | | Sold | 05/11/12 | K | | |
| 14. Praxair, Inc. - common stock | A | Dividend | J | T | | | | | |
| 15. Vanguard High Yield Corporate Fund | B | Dividend | K | T | | | | | |
| 16. ▨ Property, South Kingston, RI | | None | O | W | | | | | |
| 17. Coventry, CT Real Estate | | None | J | W | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SQUATRITO, DOMINIC J. | 06/25/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐    NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Apache Corp Com - common stock | A | Dividend | | | Sold | 5/11/12 | J | | |
| 19. Weatherford - common stock | | None | | | Sold | 5/11/12 | J | | |
| 20. JP Morgan Chase & Co. - common stock | A | Dividend | | | Sold | 5/11/12 | J | | |
| 21. Int'l Business Machines Corp- common stock | A | Dividend | K | T | | | | | |
| 22. Ecolab Inc - common stock | A | Dividend | K | T | | | | | |
| 23. Fidelity CT Municipal Income Fund | C | Dividend | M | T | | | | | |
| 24. Abbott Labs Inc. - common stock | A | Dividend | K | T | | | | | |
| 25. Teva Pharmaceutical Inds Ltd ADR | A | Dividend | | | Sold | 5/11/12 | J | | |
| 26. Danaher Corp - common stock | A | Dividend | K | T | | | | | |
| 27. United Technologies Corp - common stock | A | Dividend | K | T | | | | | |
| 28. Cisco Systems Inc - common stock | A | Dividend | | | Sold | 5/11/12 | J | | |
| 29. Telefonica De Espana A Sponsored ADR | B | Dividend | | | Sold | 5/11/12 | J | | |
| 30. Plymouth CT 2.000% | A | Int./Div. | | | Redeemed | 5/15/12 | K | | |
| 31. Griswold CT 3.125% | A | Int./Div. | K | T | | | | | |
| 32. Connecticut ST 2.750% | A | Int./Div. | K | T | | | | | |
| 33. Portland CT 3.500% | A | Int./Div. | K | T | | | | | |
| 34. Derby CT 4.250% | B | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SQUATRITO, DOMINIC J. | 06/25/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Deutsche CMO - bond | A | Int./Div. | J | T | | | | | |
| 36. Chevron Texaco Corp - common stock | B | Dividend | K | T | | | | | |
| 37. Corning - common stock | A | Dividend | | | Sold | 5/11/12 | J | | |
| 38. Cummins Inc. - common stock | A | Dividend | J | T | | | | | |
| 39. Illinois Tool Works - common stock | A | Dividend | K | T | | | | | |
| 40. ITC Holdings Corp - common stock | A | Dividend | K | T | | | | | |
| 41. Metlife Inc - common stock | A | Dividend | | | Sold | 5/11/12 | J | | |
| 42. Pepsico Inc - common stock | A | Dividend | K | T | | | | | |
| 43. Proctor & Gamble Company - common stock | A | Dividend | K | T | | | | | |
| 44. Southern CO - common stock | B | Dividend | K | T | | | | | |
| 45. Target Corp - common stock | A | Dividend | K | T | | | | | |
| 46. Wells Fargo & Co New - common stock | A | Dividend | K | T | | | | | |
| 47. Fidelity Adv Emerg Market-1 | A | Dividend | K | T | | | | | |
| 48. Seadrill Limited | C | Dividend | K | T | | | | | |
| 49. Federated Govt Ultra DUR IS - mutual fund | A | Dividend | K | T | | | | | |
| 50. Federated Ultra Short FD | A | Dividend | M | T | | | | | |
| 51. Vanguard S/T Investment Grade FD-ADM- mutual fund | D | Dividend | | | Sold | 1/6/12 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SQUATRITO, DOMINIC J. | 06/25/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Hartford CT 4.250% | B | Int./Div. | L | T | | | | | |
| 53. Madison CT 3.0% | A | Int./Div. | K | T | | | | | |
| 54. Newington CT 4.3% | B | Int./Div. | K | T | | | | | |
| 55. Newtown CT 2.5% | A | Int./Div. | K | T | | | | | |
| 56. Norwalk CT 4.000% | B | Int./Div. | L | T | | | | | |
| 57. Gulf Breeze FL 4.5000% | B | Int./Div. | K | T | | | | | |
| 58. EMC Corp - common stock | | None | K | T | | | | | |
| 59. South Cent CT WTR 3.5% | B | Int./Div. | L | T | | | | | |
| 60. Royal Caribbean Cruises LTD | A | Dividend | | | Sold | 5/11/12 | J | | |
| 61. Apple - common stock | | None | K | T | | | | | |
| 62. Nextera Energy Inc. - common stock | A | Dividend | J | T | | | | | |
| 63. T Rowe Price Intl Discovery | A | Dividend | | | Sold | 6/12/12 | K | | |
| 64. Johnson Controls Inc - common stock | A | Dividend | | | Sold | 6/12/12 | J | | |
| 65. William Cos Inc. - common stock | A | Dividend | K | T | | | | | |
| 66. Thermo Fisher Scientific Inc. - common stock | | None | | | Sold | 6/12/12 | J | | |
| 67. Honeywell International - common stock | A | Dividend | K | T | | | | | |
| 68. Jacobs Engineering Group, Inc | | None | | | Sold | 6/12/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SQUATRITO, DOMINIC J. | 06/25/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Adobe Systems | | None | | | Sold | 2/1/12 | J | | |
| 70. Goldman Sachs - common stock | A | Dividend | | | Sold | 6/12/12 | K | | |
| 71. T R Price Mid Cap Growth Fund - mutual fund | | None | | | Sold | 6/12/12 | K | | |
| 72. Omnicom Group Com - common stock | A | Dividend | J | T | | | | | |
| 73. Kimberly Clark - common stock | A | Dividend | J | T | | | | | |
| 74. Middlefield CT, 1.750% | A | Int./Div. | | | Redeemed | 9/12/12 | K | | |
| 75. Ares Capital Corp - common stock | A | Dividend | | | Sold | 5/12/12 | J | A | |
| 76. Baxter International Inc - common stock | A | Dividend | | | Sold | 5/12/12 | J | | |
| 77. Coca Cola Co Com - common stock | A | Dividend | J | T | | | | | |
| 78. Exxon Mobil Corp - common stock | A | Dividend | J | T | | | | | |
| 79. Scout International fund - common stock | A | Dividend | | | Sold | 6/12/12 | K | | |
| 80. T Rowe Price High Yield Fund - mutual fund | C | Dividend | | | Sold | 5/11/12 | K | | |
| 81. Abb LTD Spons ADR - common stock | A | Dividend | | | Sold | 5/11/12 | J | | |
| 82. Federated Gov Obl Tx | A | Dividend | K | T | | | | | |
| 83. Litchfield CT 2.5% | B | Int./Div. | L | T | | | | | |
| 84. Ford Motor - common stock | A | Dividend | | | Sold | 5/11/12 | K | | |
| 85. Direct CL A - common stock | | None | | | Sold | 6/1/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SQUATRITO, DOMINIC J. | 06/25/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Google - common stock | | None | | | Sold | 6/12/12 | J | | |
| 87. Union Pac Corp - common stock | A | Dividend | J | T | | | | | |
| 88. Disney Walt Co. - common stock | A | Dividend | K | T | | | | | |
| 89. Connecticut ST HSG .300% 5/15/12 | A | Int./Div. | | | Redeemed | 5/15/12 | K | | |
| 90. WPX Energy Inc - common stock | | None | J | T | Spinoff (from line 65) | 1/3/12 | J | | |
| 91. Oppenheimer Senior Floating Rate Fund - mutual fund - Y | | | | | | | | | |
| 92. Noble Corp - common stock - Y | | | | | | | | | |
| 93. Autodesk- common stock - Y | | | | | | | | | |
| 94. Staples - common stock - Y | | | | | | | | | |
| 95. Research in Motion - common stock - Y | | | | | | | | | |
| 96. freeport McMoran Copper and Gold- common stock - Y | | | | | | | | | |
| 97. Bank of America - common stock - Y | | | | | | | | | |
| 98. Dentspy Intl - common stock - Y | | | | | | | | | |
| 99. DPL Inc - common stock- Y | | | | | | | | | |
| 100. Fluor Corp - common stock - Y | | | | | | | | | |
| 101. MDU Res Group - common stock - Y | | | | | | | | | |
| 102. Morgan Stanley Dean Witter- common stock - Y | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SQUATRITO, DOMINIC J. | 06/25/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Nordstrom - common stock - Y | | | | | | | | | |
| 104. Occidental Pete Corp - common stock - Y | | | | | | | | | |
| 105. Coach - common stock - Y | | | | | | | | | |
| 106. Hewlett Packard - common stock - Y | | | | | | | | | |
| 107. Air Products - common stock - Y | | | | | | | | | |
| 108. Cognizant Technology Solutions - common stock - Y | | | | | | | | | |
| 109. Middlefield CT 1.950% - Y | | | | | | | | | |
| 110. Oppenheimer Rochester Muni - Y | | | | | | | | | |
| 111. New Alliance Bank Taxable Deposit - Y | | | | | | | | | |
| 112. | | | | | | | | | |
| 113. | | | | | | | | | |
| 114. | | | | | | | | | |
| 115. | | | | | | | | | |
| 116. | | | | | | | | | |
| 117. | | | | | | | | | |
| 118. | | | | | | | | | |
| 119. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SQUATRITO, DOMINIC J. | 06/25/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | | | | | |
| 121. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **SQUATRITO, DOMINIC J.** | 06/25/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

The following were disposed in full in 2011 and reported on 2011 report:

Oppenheimer Senior Floating Rate Fund -Y
Noble Corp - Y
Autodesk - Y
Staples - Y
Research in Motion - Y
Freeport McMoran Copper and Gold -Y
Bank of America -Y
Dentsply International -Y
DPL Inc -Y
Fluor Corp -Y
MDU Res Group -Y
Morgan Stanley Dean Witter- Y
Nordstrom -Y
Occidental Pete Corp -Y
Coach -Y
Hewlett Packard -Y
Air Products- Y
Cognizant Technology Solutions -Y
Middlefield CT, 1.950% -Y
Oppenheimer Rochester Muni -Y
New Alliance Bank Taxable Deposit - Y

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ DOMINIC J. SQUATRITO**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544